IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TYLER SCOTT KINARD, #242880                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 3:23-cv-362-HTW-LGI

BILLIE SOLLIE                                                  DEFENDANT

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 26th day of September, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE